UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUSTY WESLEY BURLINGTON, et *al.*,<br><br>    Defendants. | Case No. 1:15-cr-00073-BLW<br><br>**ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |

Defendant Matthew Olivas was recently arraigned and scheduled for trial on June 15, 2015. The co-defendants are scheduled for trial on a different date. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted."  No motion for severance has been filed.  Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court will move Defendants Rusty Burlington and Cody Burlington's trial to June 15, 2015 with defendant Matthew Olivas. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the present trial date for Defendants Rusty Burlington and Cody Burlington is VACATED, and that a new trial be set for **June 15, 2015 at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date

ORDER - 1

and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6).

IT IS FURTHER ORDERED that the current trial readiness conference for Defendants Rusty Burlington and Cody Burlington be VACATED, and that a new trial readiness conference be conducted by telephone on **June 4, 2015 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

DATED:  **May 6, 2015**



B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 2